**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TOPTAL, LLC,

                        Plaintiff,

   v.

ANDELA INC., et al.,

                        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2025

Case No.: 1:24-cv-04027 (JHR) (JW)

**REQUEST OF PLAINTIFF TO TAKE EVIDENCE ABROAD**

### [PROPOSED] ORDER DIRECTING THE ISSUANCE OF LETTER OF REQUEST

Upon the Application for the Issuance of International Letter of Request (the "Application") filed by Toptal, LLC ("Toptal" or "Plaintiff"), requesting the issuance of an international letter of request (the "Letter of Request") pursuant to the provisions of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, 847 U.N.T.S. 231, 28 U.S.C. § 1781 (the "Hague Evidence Convention"); and upon the record of the above captioned matter;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The Application is **GRANTED**.

This Court shall sign the Letter of Request attached herewith as Exhibit 1 and affix the seal of the United States District Court for the Southern District of New York over said signature in the Letter of Request.

The Clerk of the District Court is directed to return the original, signed Letter of Request to counsel for Plaintiff so that said Letter of Request may be issued to the competent judicial authority of the United Kingdom.

      Plaintiff is directed to transmit the original, signed Letter of Request to the competent judicial authority of the United Kingdom.

      The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated:   December 3  , 2024

                                                                         THE HONORABLE JENNIFER H. REARDEN
                                                                         UNITED STATES DISTRICT JUDGE