August 20, 2025

**VIA ECF**

Hon. Jennifer E. Willis
U.S. District Court for the Southern District of New York
40 Foley Square, Room 425
New York, NY 10007-1312

      **Re:**   *Toptal, LLC v. Andela Inc. et al.*, 1:24-cv-04027-JHR-JW
            **Defendants' Motion for Protective Order**

> This request is closed in light of Defendants withdrawing their August 4, 2025 Letter Motion for a Protective Order at Dkt. No. 97.
>
> **The Clerk of Court is respectfully requested to close Dkt. No. 97.**
>
> SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> August 22, 2025

Dear Judge Willis:

    The parties write jointly to advise the Court that they have resolved the issues raised in Defendants' August 4, 2025 Letter Motion for a Protective Order, which sought to postpone the deposition of third-party witness Breanden Beneschott, ECF No. 97. Thus, Defendants are withdrawing their Letter Motion filed at ECF No. 97.

    We thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
| */s/ Andrew B. Clubok* <br> Andrew B. Clubok <br> Kevin M. McDonough <br> Megan A. Behrman <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Tel. (212) 906-1200 <br> Email: kevin.mcdonough@lw.com <br> Email: megan.behrman@lw.com | */s/ Dominic J. Picca*\* <br> Dominic J. Picca <br> Adam P. Samansky <br> Kara M. Cormier <br> 919 Third Avenue <br> New York, NY 10022 <br> Telephone: (212) 935-3000 |
| **CARTER LEDYARD & MILBURN LLP** <br> Jacob H. Nemon <br> 28 Liberty Street, 41st Floor <br> New York, New York 10005 <br> Tel. (212) 732-3200 <br> Email: nemon@clm.com | **CONSTANGY, BROOKS, SMITH & PROPHETE LLP** <br> David C. Kurtz <br> Jonathan D. Persky <br> Christopher R. Deubert <br> Monica Towle <br> 800 Boylston Street, Suite 1005 <br> Boston, MA 02199 <br> Phone: (617) 849-7880 <br> Email: jpersky@constangy.com |
| *Attorneys for Plaintiff Toptal, LLC* | *Attorneys for Defendants* |

\*Electronic signature used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.