UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TOPTAL, LLC,

                     Plaintiff,

            -against-

ANDELA INC. *et al.*,

                    Defendants.
------------------------------------------------------------------X

**ORDER**

**24-CV-4027 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is receipt of several letter motions in connection with the parties' discovery requests and disputes. See Dkt. Nos. 101–102, 105, 108, 112. The parties are ordered to appear for **an in-person discovery conference on October 21, 2025, at 2:00 PM** to discuss these issues. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:   New York, New York
               September 30, 2025

                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge