UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TOPTAL, LLC,

                       Plaintiff,                       **ORDER**

        -against-                       **24-CV-4027 (JHR) (JW)**

ANDELA INC. *et al.*,

                       Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared for oral argument before this Court on June 20 and October 21, 2025 for various discovery disputes. For reasons stated more fully on the record, the Court orders the following:

- The parties' various unopposed letter motions to seal at Dkt. Nos. 63, 69, 72, 79, 84, 103, 106 are GRANTED.

- Plaintiff's unopposed motion for the issuance of a Letter of Request directed to the courts in the United Kingdom to take deposition testimony from non-party Lilly Wollman is DENIED without prejudice since the dates are now outdated. The Court intends on granting Plaintiff's forthcoming revised motion with updated dates once filed.

- Defendants' motion seeking information from the Nevada Litigation at Dkt. No. 61 is DENIED.

- Plaintiff's motion seeking information related to clients at Dkt. No. 64 is GRANTED as to the names and revenue generated from those clients. The

relevant time period shall be six months before the relevant time frame articulated in the complaint.

- Defendants' motion to compel 30(b)(6) testimony at Dkt. No. 80 is DENIED.

- Defendants' motion to compel responses to Interrogatory Nos. 3 and 4 from Defendants' Second Set of Interrogatories, and documents responsive to Request Nos. 57-58 at Dkt. No. 104 is held in abeyance.  The Court finds this discovery both highly relevant and highly burdensome.  However, given the potential value of the case, the Court finds that the high burden does not outweigh the high relevance and is therefore proportionate to the needs of the case.  The Court welcomes any creative solutions to make these requests more tenable for both parties.  To that end, the parties are ordered to meet and confer and file a joint letter outlining potential solutions by **November 4, 2025**.  If there is no meaningful solution offered by the parties, the Court will grant Defendants' original request.

- The parties' joint request for an enlargement of deadlines in the scheduling orders at Dkt. No. 77 is DENIED without prejudice since the dates are now outdated.  The parties are directed to include proposed revised discovery deadlines in their November 4 joint letter for the Court's consideration.

- The parties are directed to order a transcript of the October 21, 2025 conference and send a courtesy copy to the Court via email.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 61, 63, 69, 77, 79, 103, 104, 105, 106, and 112.**

SO ORDERED.

DATED:  New York, New York
        October 22, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge