Megan A. Behrman
Direct Dial: +1.212.906.4706
megan.behrman@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM & WATKINS LLP

> This request is GRANTED. The Judgment/Orders Department will reach out to Plaintiffs' counsel once the executed, stamped Letter of Request is ready for pick up. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> October 27, 2025

October 23, 2025

**VIA ECF**

Hon. Jennifer E. Willis, United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007-1312

Re: ***Toptal, LLC v. Andela Inc. et al.*, 1:24-cv-04027-JHR-JEW: Plaintiff Toptal, LLC's Renewed Letter Motion for Issuance of Letter of Request**

Dear Judge Willis:

Pursuant to Your Honor's October 22, 2025 Order, ECF 116, Plaintiff Toptal, LLC ("Toptal") hereby renews its motion for the issuance, signing, and stamping of a Letter of Request directed to the courts in the United Kingdom to obtain testimony from non-party Lilly Wollman.[1] Toptal filed an unopposed motion seeking the issuance, signing, and stamping of a Letter of Request to take Ms. Wollman's testimony on March 28, 2025. *See* ECF 70. As directed by the Court, Toptal now submits as Exhibit 1 an updated Letter of Request with revised dates.[2] For the Court's convenience, Toptal also submits as Exhibit 2 a redline reflecting the changes to the Letter of Request.

For the reasons articulated in Toptal's unopposed motion, ECF 70, Toptal respectfully requests that the Court grant this renewed motion, sign the Letter of Request attached hereto as Exhibit 1, affix the seal of the United States District Court for the Southern District of New York over said signature in the Letter of Request, and direct the Clerk of the District Court to return the original, signed Letter of Request to counsel for Plaintiff so that said Letter of Request may be issued to the competent judicial authority of the United Kingdom.

Respectfully submitted,

*/s/ Megan A. Behrman*
Megan A. Behrman
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)

---

[1] *See* Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, codified at 28 U.S.C. § 1781.

[2] Toptal has also removed references to one attorney who has since left Latham's London office.