UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TOPTAL, LLC,

                Plaintiff,                          **ORDER**

        -against-                      **24-CV-4027 (LTS) (JW)**

ANDELA INC. *et al.*,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has reviewed the Parties' joint letter at Dkt. No. 123.

First, the parties' joint request for an enlargement of deadlines is **GRANTED** and shall be as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Substantial Completion of current outstanding Written Discovery and Document production | | Monday, December 22, 2025 |
| Contention Interrogatories | | Tuesday, February 10, 2026 |
| Close of Fact Discovery | Friday, May 30, 2025 | Friday, March 13, 2026 |
| Opening Expert Reports and Disclosures | Thursday, July 31, 2025 | Tuesday, May 12, 2026 |
| Rebuttal Reports and Disclosures | Tuesday, September 30, 2025 | Friday, July 17, 2026 |
| Close of Expert Discovery | Friday, November 14, 2025 | Friday, Aug. 21, 2026 |
| Summary Judgment and Daubert Motions | Tuesday, January 13, 2026 | Tuesday, Oct. 20, 2026 |
| Opposition to Summary Judgment and Opposition to Daubert Motions | Monday, March 16, 2026 | Tuesday, Dec. 22, 2026 |

| Reply to Opposition to Summary Judgment and Reply to Opposition to Daubert Motions | Monday, April 6, 2026 | Friday, January 22, 2027 |

Second, Defendants' request to compel responses to Interrogatory Nos. 3 and 4 and documents responsive to request Nos. 57-58 is **GRANTED**. As the Court stated during the October 21, 2025 conference, the Court was "on the verge" of granting the request because of its high relevance but was mindful that it would be burdensome to Plaintiffs. See Dkt. No. 120 at 48:9–22. The Court therefore allowed the parties an opportunity to provide potential solutions to make these requests more tenable for both parties, but noted that "in the absence of something that is less burdensome but still sufficient, [the Court] would be prepared in the future" to grant Defendants' request to compel these discovery requests. Id.; Dkt. No. 116. While the Court appreciates the parties' efforts, the Court finds that there is no meaningful way to pare down the requests given the breadth of Plaintiff's trade secrets as described in Appendix A.

SO ORDERED.

DATED:    New York, New York
          November 18, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge