**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TOPTAL, LLC,

Plaintiff,

-against-

ANDELA INC. *et al.*,

Defendant.

---------------------------------------------------------------X

**ORDER**

**24-CV-4027 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter motion to compel at Dkt. No. 153 and Plaintiff's response at Dkt. No. 154. The parties are ordered to appear for oral argument on these issues on **August 4, 2026, at 10:30 AM**. The conference will take place in Courtroom 228 at Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

If the parties have not already done so, they are to provide a courtesy copy to the Court. The hard copies are to be double-sided, tabbed, and in a three-ring binder.

SO ORDERED.

DATED: New York, New York
July 29, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge