**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

TOPTAL, LLC,

Plaintiff,

-against-

ANDELA INC. *et al.*,

Defendant.

-------------------------------------------------------------X

**ORDER**

**24-CV-4027 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared for oral argument regarding Defendants' letter motion to compel at Dkt. No. 153 on August 4, 2026. For the reasons stated more fully on the record, Defendants' motion to compel is **DENIED**. The parties are directed to order a transcript of the August 4 hearing and provide the Court with a courtesy copy.

**The Clerk of Court is respectfully requested to close Dkt. No. 153.**

SO ORDERED.

DATED: New York, New York
August 4, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge